**APPENDIX C**
**CUSTOMER OR COMPANION REQUEST***
**FOR FREE COMMUNICATION ASSISTANCE**
**OR**
**WAIVER OF FREE COMMUNICATION ASSISTANCE**

The Florida Department of Children and Families and its Contracted Client Services Providers are required to provide **FREE interpreters, other communication assistance** for persons who are deaf and hard of hearing.  Please tell us about your communication needs.

My name is _____

☐    I want a free interpreter.  I need an interpreter who signs in:

   ☐ American Sign Language (ASL) or an interpreter who speaks:

   ☐ Language: _____      Dialect: _____

☐    I want another type of communication assistance (Check all desired assistance):
   Assistive Listening Devices: _____ Large Print Materials: _____      Note takers: _____
   TTY or Video Relay: _____Assistance Filling out Forms: _____      Written Materials: _____
   CART: _____
   Other (Please tell us how we can help you): _____
   _____

☐    I do not want a free interpreter or any other communication assistance.  If I change my mind, I will tell you if I need assistance for my next visit.  *(Customer or Companion waiver of rights does not prevent the Department from getting its own interpreter or from providing assistance to facilitate communication and to make sure rights are not violated)*

☐  I do not want a free interpreter because_____.

☐  I choose _____ to act as my own interpreter.  He/she is over the age of 18*.  It does not entitle my interpreter to act as my Authorized Representative.  I also understand that the service agency may hire a qualified or certified interpreter to observe my own interpreter to ensure that communication is effective.*

| Customer or Companion Signature: | Date: |
|---|---|
| Customer or Companion's Printed Name: | |
| Interpreter's Signature: | Interpreter's Printed or Typed Name: |
| Witness: | Date: |
| Witness Printed Name: | |

**\*This form shall be attached to the Customer Companion Communication Assessment and Auxiliary Aid and Service Record form and shall be maintained in the Customer's file.**

Exhibit A