## APPENDIX B
### CUSTOMER OR COMPANION COMMUNICATION ASSESSMENT AND AUXILIARY AID AND SERVICE RECORD

**\*This form is completed by DCF Personnel or the Contracted Client Services Provider for each service date.**

| Region/Circuit/Hospital: | Program: | | Subsection: | |
|---|---|---|---|---|
| ☐ Customer   ☐ Companion<br>Name: | Date: | | Time: | Case No.: |

☐ Deaf   ☐ Hard of Hearing        ☐ Deaf and Low Vision or Blind   ☐ Hard of Hearing and Low Vision or Blind
☐ Deaf and Limited English Proficient  ☐ Hard of Hearing and Limited English Proficient

☐ Scheduled Appointment ☐ Date/Time of Scheduled Appointment:     ☐ No Show
 ☐ Non-Scheduled Appointment

Name of Staff Completing Form:

---

### Section 1:  Communication Assessment

☐ Initial     ☐ Reassessment     ☐ Subsequent Appointment

Individual Communication Ability:

Nature, Length and Importance of Anticipated Communication Situation(s):

☐ Communication Plan for Multiple or Long-Term Visits Completed        ☐ Not Applicable

☐ Aid-Essential Communication Situation            ☐ Non-Aid Essential Communication Situation

Number of Person(s) Involved with Communication:
Name(s):

Individual Health Status or Medical Concerns:

---

### Section 2:  Auxiliary Aid/Service Requested and Provided

Type of Auxiliary Aid/Service Requested:

Date Requested:                                      Time Requested:

Nature of Auxiliary Aid/Service Provided:
Sign Language Interpreter:  ☐ Certified Interpreter ☐ Qualified Staff ☐ Video Remote Interpretive Service ☐ Large Print
☐ Assistance Filling Out Forms ☐ Video Relay Services ☐ Florida Relay ☐ Written Material    ☐ CART  ☐ Other:

Interpreter Service Status:        ☐ Arrival Time: _____  ☐ Met Expectations of Client    ☐ Met Expectations of Staff
☐ No Show        ☐ Cancellations

Alternative Auxiliary Aid or Service Provided, including information on CD or Floppy Diskette, Audiotape, Braille,
Large Print of Translated Materials:

Date and Time Provided:

### Section 3:  Additional Services Required

Was communication effective? ☐ Yes  ☐ No  If not, please explain why communication was not effective?

What action (s) was taken to ensure effective communication?

Exhibit B

---

**Section 4:  Referral Agency Notification**

| Name of Referral Agency: | |
|---|---|
| Date of Referral: | Information Provided regarding Auxiliary Aid or Service Need(s): |

**Section 5:  Denial of Auxiliary Aid/Service by Department\***

| Reason Requested Auxiliary Aid or Service Not Provided: | |
|---|---|
| Denial Determination made by Regional Director/Circuit Administrator/Hospital Administrator or Designee or the Contracted Client Services Provider Administrator or Designee: | |
| Denial Date: | Denial Time: |

**\*Denials should only be made for non-aid essential communication.  However, staff must still ensure that effective communication is achieved through whatever alternative means that are provided.**
**Denial Determination can only be made by Regional Managing Director/Hospital Administrator or their Designee or the Contracted Client Services Provider or their Designee.**

| Communication Plan for Ongoing Services |
|---|
| During the initial assessment, or the reassessment, if it is determined that **multiple or long term visits** will be needed, a Communication Plan shall be completed.  Services shall continue to be provided to Customers or Companions, during the entire period of the Customer's hospitalization, residency, long term treatment, or subsequent visits. Discuss with the Customer or Companion their preferred mode of communication in each of the following on-going communication situations and incorporate into the case plan.  The following list is not exhaustive and does not imply there are no other communication situations that may be encountered.  **Refer to the instructions for further explanation**. |

□ **Intake/Interview:** □ **Medical** □ **Dental:** □ **Mental Health** □ **Safety and Security** □ **Programs**

□ **Off Campus trips:** □ **Legal** □ **Food Service / Dietician**

| Signature of person completing form: | Date: |
|---|---|
| Signature of Customer or Companion: | Date: |

**\*This form shall be maintained in the customer's file.**